SEP 13 2023 PM 12:43
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:23-cr-00028-H |
| LUIS FELIPE ESTRADA-CORONADO | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. §§ 1326(a), (b)(1) and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about August 10, 2023, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Luis Felipe Estrada-Coronado**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at El Paso, Texas, on or about August 1, 2020, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Sections 1326(a), (b)(1) and Title 6, United States Code, Sections 202(3), 202(4), and 557.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
RYAN C. REDD
Assistant United States Attorney
North Carolina State Bar No. 49481
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-mail:         ryan.redd@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

LUIS FELIPE ESTRADA-CORONADO

INDICTMENT

COUNT 1: ILLEGAL RE-ENTRY AFTER DEPORTATION
Title 8, United States Code, Sections 1326(a), (b)(1) and Title 6, United States Code Sections 202(3), 202(4), and 557.
(1 COUNT)

A true bill rendered:
Lubbock                                              _____ Foreperson

Filed in open court this 13th day of September, A.D. 2023.

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE